## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO DAVID JAIME-ZAZUETA<br><br>Defendant. | CASE NO. 8:24-cr-03049<br><br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 1O(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the indictment;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the indictment.

_Sergio David Jaime Z._  
Defendant

_[signature]_  
Attorney for Defendant

05/22/2024  
Date

05/24/2024  
Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 24th day of May, 2024.

BY THE COURT:

_ydeluca_  
MAGISTRATE JUDGE  
UNITED STATES DISTRICT COURT