IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SERGIO DAVID-JAIME-ZAZUETA,<br><br>　　　　　　　Defendant. | 4:24CR3049<br><br>MEMORANDUM AND ORDER |

　　　Defendant filed a Notice of Appeal (Filing No. 46) on January 16, 2025. However, Defendant failed to pay the filing and docket fees. Defendant has the choice of either submitting the filing and docket fees to the Clerk's Office or submitting a request to proceed in forma pauperis.

　　　Accordingly,

**IT IS ORDERED:**

1. Defendant is directed to submit the filing and docket fees to the Clerk's Office or submit a request to proceed in forma pauperis within 30 days of this Memorandum and Order.
2. The Clerk of Court is directed to set a case management deadline in this matter for February 24, 2025 with the following text: Check for motion to proceed in forma pauperis or payment.
3. The Clerk of Court is directed to send a copy of this Memorandum and Order to Defendant and his attorney of record.

Dated this 24th day of January, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Susan M. Bazis*
　　　　　　　　　　　　　　　　　　　Susan M. Bazis
　　　　　　　　　　　　　　　　　　　United States District Judge